# UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
PIKEVILLE

| | |
|---|---|
| GORDON MICHAEL WAGNER, )<br>)<br>Plaintiff )<br>)<br>v. )<br>) Case No. 14-178-ART<br>THE SHERWIN-WILLIAMS )<br>COMPANY, )<br>)<br>Defendant ) | |

## NOTICE OF APPEAL

Notice is hereby given that Gordon Michael Wagner, plaintiff in the above named case, hereby appeals to the United States Court of Appeals for the Sixth Circuit from the Memorandum Opinion and Order, R. 87, granting summary judgment in favor of the defendant, The Sherwin-Williams Company, and entered in this action on the 2nd day of September, 2015.

Date:  September 3, 2015                     Respectfully submitted,

**/s/ Brandis Bradley**_____
BRANDIS BRADLEY
SHANE HALL, ATTORNEY AT LAW, PLLC
PO DRAWER 472
PIKEVILLE, KY  41502
TELEPHONE:  (606) 433-0433
FACSIMILE:  (606) 433-9002
EMAIL:  brandis@shanehalllaw.com

1

## CERTIFICATE OF SERVICE:

This is to certify that a true and accurate copy of the foregoing has been filed and served upon the parties via the Court's electronic filing system on this the 3rd day of September 2015.

                                        **/s/ Brandis Bradley**
                                        BRANDIS BRADLEY